[No. 70766-3-I. Division One. May 9, 2016.]

ERICA M. RICKMAN, *Appellant*, v. PREMERA BLUE CROSS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-10616-1, Janice E. Ellis, J., entered July 18, 2013. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Schindler, JJ.

[No. 73012-6-I. Division One. May 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN JEFFERY KEMNOW, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-1-00515-5, Dave Needy, J., entered January 16, 2015. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Becker and Lau, JJ.

[No. 73538-1-I. Division One. May 9, 2016.]

*In the Matter of the Guardianship of* WILLIAM CHARLES SUTTON.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-4-00523-1, Deborra Garrett, J., entered May 8, 2015. *Dismissed* by unpublished opinion per Trickey, A.C.J., concurred in by Becker and Schindler, JJ.

[No. 73738-4-I. Division One. May 9, 2016.]

ROBIN JONES ET AL., *Appellants*, v. RENTON SCHOOL DISTRICT NO. 403, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-32460-0, Andrea A. Darvas, J., entered June 12, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Leach and Spearman, JJ.